McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:19-mj-00030 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| RAMONCHITO RACION | |
| Defendants. | |

## **BACKGROUND**

Defendant Racion made an initial appearance on June 17, 2019 pursuant to an arrest warrant issued in conjunction with a Criminal Complaint. On June 19, 2019 the United States provided initial, voluntary discovery to the counsel for defendant. The parties are exploring whether a potential pre-indictment resolution is desirable.

This matter is currently scheduled for a preliminary hearing on **June 27, 2019**. Federal Rule of Criminal Procedure 5.1(d) provides that the time limits relating to preliminary hearings may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as defense counsel require time to review discovery and because a potential pre-indictment resolution would represent an efficient resolution of the matter. The parties request that a preliminary hearing be re-set for **August 1, 2019**.

The parties also agree that time should be excluded under the Speedy Trial Act, 18

1

1 | U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest or service
2 | of a summons, for defense preparation, plea negotiation, and continuity of counsel.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **June 27, 2019** be continued to **August 1, 2019**. The parties agree to exclude time under the Speedy Trial Act from June 27, 2019 to August 1, 2019, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: June 24, 2019    By:    /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney

DATED: June 24, 2019    By:    /s/ Eric v. Kersten

Eric V. Kersten
Attorney for Ramonchito Racion

IT IS SO ORDERED.

Dated:  **June 24, 2019**

UNITED STATES MAGISTRATE JUDGE

2

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | |
| 3 | The preliminary hearing currently set for **June 27, 2018** is continued to **August 1, 2019**. |
| 4 | The period from June 27, 2019 to August 1, 2019 shall be excluded under the Speedy Trial Act. |
| 5 | The Court finds that he interest of the public and of the defendant in a public indictment and trial |
| 6 | are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel. |


# O R D E R

The preliminary hearing currently set for **June 27, 2018** is continued to **August 1, 2019**. The period from June 27, 2019 to August 1, 2019 shall be excluded under the Speedy Trial Act. The Court finds that he interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.