| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |



FILED

JUL 0 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Defendant
RAMONCHITO ONIA RACION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAMONCHITO ONIA RACION,

    Defendant.

Case No. 6:19-mj-00030 JDP

STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER THEREON

JUDGE: Hon. Erica P. Grosjean

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Ramonchito Racion, that Mr. Racion's conditions of release may be modified to permit Mr. Racion to leave his residence between the hours of 11:00 a.m. and 11:00 p.m., on July 4, 2019, to allow him to attend his parents' combined 29th wedding anniversary/July 4th celebration at the residence of Edgardo Racion, located at 1246 Avalon Drive in Merced. Ira White, Mr. Racion's third party custodian, will be present at the celebration; and Mr. Racion, who is a professional chef, plans to do most of the cooking for the event. All other conditions of Mr. Racion' pretrial release shall remain in full force and effect. Mr. Racion's supervising Pretrial Services Officer, Ali Mirgain, has advised that she spoke with Ira White, the third party custodian, and Mr. White confirmed he will be with

the Mr. Racion the entire time, and he will insure that Mr. Racion has no contact with minors outside Mr. White's presence. Given this assurance, Pretrial Services does not object to the proposed modification.

Pursuant to the existing Order Setting Conditions of Release, Mr. Racion is subject to home detention. Condition 7(l) currently provides:

> HOME DETENTION: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO

Docket No. 12, p.2.

Based on the foregoing, the parties respectfully request that the Court modify Mr. Racion's conditions of release as set forth above.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: July 3. 2019

/s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 3, 2019

/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
RAMONCHITO ONIA RACION

**ORDER**

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(I) of the Order Setting Conditions of Pretrial Release for Ramonchito Onia Racion as set forth above.

Dated: July 3, 2019

HON. ERICA P. GROSJEAN
United States Magistrate Judge