| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL G. TIERNEY<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 559-4000<br>Facsimile: (559) 559-4099 |
| 5 | |
| 6 | Attorneys for the<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:19-mj-00030 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| RAMONCHITO RACION | |
| Defendants. | |

## BACKGROUND

Defendant Racion made an initial appearance on June 17, 2019 pursuant to an arrest warrant issued in conjunction with a Criminal Complaint. This matter is currently scheduled for a preliminary hearing on **October 31, 2019**, following a request by the parties to continue the date. On August 28, 2019, the United States a plea offer to the defendant. The offer is contingent on the defendant entering a plea of guilty prior to indictment. Since the Court's approval of a previous continuance request in late August 2019, the government and defense attempted to exchange discovery but were unable to do so because of technological and staffing issues. Discovery was eventually provided on October 17, 2019. Defense counsel has requested an additional continuance of the preliminary hearing to review discovery and speak with the defendant regarding the plea offer.

Federal Rule of Criminal Procedure 5.1(d) provides that the time limits relating to preliminary hearings may be extended "one or more times" with the defendant's consent and a

1

showing of good cause. Here, the parties agree that there is good cause for the extension, as defense counsel require time to review discovery and because a potential pre-indictment resolution would represent an efficient resolution of the matter. The parties request that a preliminary hearing be re-set for **December 16, 2019**.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest or service of a summons, for defense preparation, plea negotiation, and continuity of counsel.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **October 31, 2019** be continued to **December 16, 2019**. The parties agree to exclude time under the Speedy Trial Act from October 31, 2019 to December 16, 2019, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: October 29, 2019          By:     /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney

DATED: October 29, 2019          By:     /s/ Eric v. Kersten

Eric V. Kersten
Attorney for Ramonchito Racion

**O R D E R**

Based on the parties' stipulation and good cause appearing,

The preliminary hearing currently set for **October 31, 2019**, is continued to **December 16, 2019**. The period from October 31, 2019, to December 16, 2019 shall be excluded under the Speedy Trial Act. The Court finds that the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated: **October 29, 2019**                     /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE