| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | RAMONCHITO ONIA RACION |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00030 JDP |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER THEREON |
| vs. | |
| RAMONCHITO ONIA RACION, | |
| Defendant. | JUDGE: Hon. Erica P. Grosjean |

Defendant Ramonchito Racion made his initial appearance on June 17, 2019, pursuant to an arrest warrant issued in conjunction with a Criminal Complaint. This matter is currently scheduled for preliminary hearing on December 16, 2019, following the parties' request to continue an earlier date. The government has extended a plea offer to Mr. Racion that is contingent on Racion entering a plea of guilty prior to indictment. The government has provided discovery, but Mr. Racion is requesting an additional continuance of the preliminary hearing to allow time to review certain materials with an expert prior to deciding whether to accept the government's offer.

Federal Rule of Criminal Procedure 5.1(d) provides that the time limits relating to preliminary hearings may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that good cause exist for the extension, as defense

counsel requires time to review discovery with an expert, and because a potential pre-indictment resolution would represent an efficient resolution of the matter. The parties request that the preliminary hearing scheduled for December 16, 2019 be continued to January 30, 2020. The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest or service of a summons, for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: December 9. 2019      /s/ Michael Tierney
                            MICHAEL TIERNEY
                            Assistant United States Attorney
                            Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 9, 2019      /s/ Eric V. Kersten
                            ERIC V. KERSTEN
                            Assistant Federal Defender
                            Attorney for Defendant
                            RAMONCHITO ONIA RACION

**O R D E R**

GOOD CAUSE APPEARING, The preliminary hearing currently set for December 16, 2019 is continued to January 27, 2020, at 2:00 pm before the Duty Magistrate Judge. The period from December 16, 2019 to January 27, 2020 shall be excluded under the Speedy Trial Act. The Court finds that the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated: **December 11, 2019**      /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE