McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:19-mj-00030 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| RAMONCHITO RACION | |
| Defendants. | |

## **BACKGROUND**

This matter is currently scheduled for a preliminary hearing on **January 27, 2020**, following a request by the parties to continue the date and a finding by the Court that the ends of justice supported a continuance. Federal Rule of Criminal Procedure 5.1(d) provides that the time limits relating to preliminary hearings may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as counsel require one additional week to attempt pre-indictment resolution or in the alternative, to prepare for further proceedings. The parties request that a preliminary hearing be re-set for **February 3, 2020**.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest or service of a summons, for defense preparation, plea negotiation, and continuity of counsel.

1

# **STIPULATION AND PROPOSED ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **January 27, 2020** be continued to **February 3, 2020**. The parties agree to exclude time under the Speedy Trial Act from January 27, 2020 to February 3, 2020, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: January 21, 2020  By: /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney

DATED: January 21, 2020  By: /s/ Eric v. Kersten

Eric V. Kersten
Attorney for Ramonchito Racion

**O R D E R**

The preliminary hearing currently set for **January 27, 2020** is continued to **February 3, 2020 at 2:00 pm before Magistrate Judge Sheila K. Oberto**. The period from January 27, 2020 to February 3, 2020 shall be excluded under the Speedy Trial Act. The Court finds that he interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated: **January 22, 2020**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE