1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA 93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    RAMONCHITO ONIA RACION

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No. 6:19-mj-00030 JDP

12              Plaintiff,              STIPULATION TO MODIFY CONDITIONS
                                        OF PRETRIAL RELEASE; ORDER
13   vs.

14   RAMONCHITO ONIA RACION,
                                        JUDGE: Hon. Barbara A. McAuliffe
15              Defendant.

16

17        **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18   counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant

19   Federal Defender Eric V. Kersten, counsel for defendant Ramonchito Racion, that Mr. Racion's

20   conditions of release may be modified to permit Mr. Racion to leave his residence between the

21   hours of 10:00 a.m. and 11:00 p.m., on Saturday, January 25, 2020, to allow him to attend a

22   family gathering at the residence of his brother, Edgardo Racion, located at 1246 Avalon Drive

23   in Merced. Ira White, Mr. Racion's third party custodian, will be present at the gathering; and

24   Mr. Racion, who is a professional chef, will cater the event. All other conditions of Mr. Racion's

25   pretrial release shall remain in full force and effect.

26        Given Mr. White's assurances that he will be with Mr. Racion throughout the event, and

27   he will insure that Mr. Racion has no contact with minors outside his presence; Mr. Racion's

28   supervising Pretrial Services Officer, Ali Mirgain, does not object to the proposed modification.

Pursuant to the existing Order Setting Conditions of Release, Mr. Racion is subject to home detention. Condition 7(l) currently provides:

> HOME DETENTION: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO

Docket No. 12, p.2.

Based on the foregoing, the parties respectfully request that the Court modify Mr. Racion's conditions of release to allow him to attend a family gathering at the residence of Edgardo Racion, located at 1246 Avalon Drive, in Merced, California, between the hours of 10:00 am and 11:00 pm on January 25, 2020.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 24. 2020      */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2020      */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
RAMONCHITO ONIA RACION

## O R D E R

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(I) of the Order Setting Conditions of Pretrial Release for Ramonchito Onia Racion as set forth above. Given Mr. White's assurances that he will be with Mr. Racion throughout the event, and Mr. White will ensure that Mr. Racion has no contact with minors outside his presence, the request is GRANTED.

IT IS SO ORDERED.

Dated: __**January 24, 2020**__      _____/s/ *Barbara A. McAuliffe*_____
UNITED STATES MAGISTRATE JUDGE